United States District Court
Southern District of Texas
**ENTERED**
January 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL AMERICAN INSURANCE COMPANY | )<br>)<br>) |
| V. | ) C.A. NO. 4:15-cv-3080<br>) UNOPPOSED MOTION |
| DCP MIDSTREAM OPERATING, LLC D/B/A DCP MIDSTREAM TEXAS OPERATING, LLC and DCP MIDSTREAM, LP | )<br>)<br>) |

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY DCP MIDSTREAM OPERATING, LLC D/B/A DCP MIDSTREAM TEXAS OPERATING, LLC

On the __22nd__ day of __January__, 2016, the Parties filed their Joint Stipulation of Dismissal without Prejudice as to only DCP Midstream Operating, LLC d/b/a DCP Midstream Texas Operating, LLC. After due consideration, the Court accepts the Stipulation for Dismissal. It is therefore

ORDERED, ADJUDGED and DECREED that all claims against DCP Midstream Operating, LLC d/b/a DCP Midstream Texas Operating, LLC are hereby DISMISSED WITHOUT PREJUDICE. It is further

ORDERED, ADJUDGED and DECREED that costs shall be taxed against the party incurring same.

Signed this __25th__ day of __January__, 2016

_____
UNITED STATES DISTRICT JUDGE